UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 13-150(2) (SRN)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**ORDER**

LYLE ROBERT CARPENTER,

    Defendant.

---

Katharine T. Buzicky, United States Attorney's Office, 300 S. 4th St., Ste. 600, Minneapolis, MN 55415, for the Government

Lyle Robert Carpenter, Reg. No. 17051-041, FCI Yazoo City, Federal Correctional Institution, P.O. Box 5000, Yazoo City, MS 39195, Pro Se

---

Before the Court is Defendant's September 14, 2020 letter to the Court regarding the filing of a reply memorandum and a request for a filing extension [Doc. No. 650].

The Court advises Defendant that no attorney has been appointed to represent him in connection with his motion for compassionate release. Accordingly, if he chooses to submit a reply to the Government's response, he will need to do so himself. Mr. Carpenter also states that he has not received a copy of the Government's response memorandum. If he is to file a reply memorandum pro se, he requests a copy of the Government's response, as well as an extension of time in

which to file a reply. The Court finds that good cause has been shown to grant his request for an extension.

Accordingly, IT IS HEREBY ORDERED THAT if Defendant chooses to file a reply, he may do so on or before October 16, 2020. Although it appears that the Government served a copy of its response and supporting exhibits on Mr. Carpenter by mail on September 3, 2020 (*See* Certificate of Service [Doc. No. 649]), the Court will send copies of the Government's response and its exhibits [Doc. Nos. 647 & 648], along with this Order, to Mr. Carpenter.

Dated:  September 16, 2020               s/Susan Richard Nelson
                                         SUSAN RICHARD NELSON
                                         United States District Judge